# Exhibit A

Clerk of the Superior Court
\*\*\* Electronically Filed \*\*\*
D. Hill, Deputy
11/17/2021 3:52:44 PM
Filing ID 13622527

Person/Attorney Filing: Shannon L Clark
Mailing Address: 2575 E Camelback Rd, Ste 1100
City, State, Zip Code: Phoenix, AZ 85016
Phone Number: (602)530-8000
E-Mail Address: slc@gknet.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 019708, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

Andrea Casetta
Plaintiff(s),
v.
Costco Wholesale Corporation
Defendant(s).

Case No. CV2021-017786

**SUMMONS**

To: Costco Wholesale Corporation

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS. READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 201 W. Jefferson, Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
Note: If you do not file electronically you will not have electronic access to the documents in this case.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of MARICOPA

SIGNED AND SEALED this Date: *November 17, 2021*

*JEFF FINE*
Clerk of Superior Court

By: *DENISE HILL*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

Clerk of the Superior Court
*** Electronically Filed ***
D. Hill, Deputy
11/17/2021 3:52:44 PM
Filing ID 13622524

Shannon J. Clark (019708)
Joseph P. Brown (025381)
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
Telephone:   (602) 530-8194
Facsimile:    (602) 530-8500
slc@gknet.com
joseph.brown@gknet.com

Benjamin Taylor (023868)
TAYLOR & GOMEZ LAW
2600 North 44th Street, Suite B101
Phoenix, AZ 85008
Telephone: 602-403-0212
BT@taylorgomezlaw.com
*Attorneys for Plaintiff*

# IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| ANDREA CASETTA, | No.  CV2021-017786 |
| Plaintiff, | **COMPLAINT** |
| v. | (Tort, Non-Motor Vehicle) |
| COSTCO WHOLESALE CORPORATION, a Washington corporation doing business in Arizona, JOHN DOES I-X; JANE DOES I-X, and ABC BUSINES ENTITIES I-X, | **(Jury Trial Demanded)** |
| | **(Tier 3)** |
| Defendants. | |

Andrea Casetta ("Plaintiff") through counsel alleges as follows:

### PARTIES, JURISDICTION AND VENUE

1. At all relevant times, Plaintiff Andrea Casetta was a resident of Maricopa County, Arizona.

2. The cause of action upon which this complaint is based occurred in Maricopa County, Arizona.

3. At all times alleged herein, Defendant Costco Wholesale Corporation

8716928v1/40697-0001

1  ("Costco") was a domestic for-profit corporation organized under the laws of the State of
2  Washington and doing business in Maricopa County, Arizona.

3      4.    John Does I-X, Jane Does I-X and ABC Business entities I-X are persons
4  and entities who may be a fault for Plaintiff's injuries but whose true names are not known
5  to Plaintiff at this time and Plaintiff, therefore sues said Defendants and each of them, by
6  said fictitious names. Once the true identities of such fictitiously-named Defendants is
7  learned, Plaintiff will amend her complaint to add this information.

8      5.    The acts and events alleged occurred in Maricopa County, Arizona.

9      6.    Plaintiff has claims against Defendant in an amount exceeding the
10 jurisdictional minimum of this Court.

11     6.    Venue is proper under A.R.S. §12-401.

## FACTUAL ALLEGATIONS

13     7.    Plaintiff incorporates by reference all previous allegations.

14     8.    On November 29, 2019, in the late afternoon, Plaintiff went shopping at the
15 Costco located at 17550 N. 79th Avenue in Glendale, Arizona.

16     9.    At Costco, there were Christmas trees for sale in a lot on the property.

17     10.    Two Costco employees were attending the tree lot.

18     11.    Plaintiff asked to see some trees than were not unfurled on display. A
19 Costco employee invited her to look in the Christmas tree trailer.

20     12.    The extra trees were stored in a semi-truck trailer parked with a staircase of
21 wooden pallets walking up to the back doors of the truck.

22     13.    Plaintiff then followed the Costco employees into the truck.

23     14.    The makeshift "steps" were damp and slippery from the watering of the
24 trees.

25     15.    When Plaintiff took her first step onto the pallet, she slipped and fell,
26 sustaining serious injuries.

8716928v1/40697-0001

16. At the time, Plaintiff fell to the ground, there were no warning signs advising customers of the dampness, slipperiness or dangerousness of the condition.

17. The area was made even more dangerous due to the fact that customers like Plaintiff had to walk up a make-shift stair case made from pallets to go into the truck.

18. As a result of the fall, Plaintiff sustained grievous bodily injuries, some of which are permanent and all of which have and will continue in the future to require Plaintiff to incur medical expenses.

## COUNT I

### Negligence/Premises Liability (All Defendants)

19. Plaintiff incorporates by reference all prior allegations.

20. Defendant Costco failed to maintain the common area on Defendant's property in a reasonably safe condition, the unsafe condition of which was known and/or should have been known to Defendant.

21. Defendant failed to warn Plaintiff of the danger presented by the pallets used as steps as well as the dangerous area from the watering of the trees.

22. Defendant failed to properly supervise the area in question so as to furnish Plaintiff a safe common area to occupy, free from hazards which were recognized or should have been recognized by Defendant as capable of causing or likely to cause serious physical harm to Plaintiff and others.

23. Defendant failed to properly inspect the area of the premises where Plaintiff was walking.

24. Defendant failed to comply with the applicable laws and regulations of the State of Arizona and applicable federal laws and regulations.

25. Defendant failed to exercise the degree of care required under the circumstances.

26. At all times relevant hereto, Defendant Costco operated, managed,

8716928v1/40697-0001

3

maintained and controlled the Christmas tree selling area for guests of Costco.

27. At all times mentioned, Defendant was careless, negligent, and reckless in their ownership, operation, management, maintenance and control of the store and breached its duty of care to Plaintiff, by failing to provide adequate and reasonable measures to prevent the injury, by failing to properly warn and instruct Plaintiff about the danger of going up the pallets made into stairs to walk into the back of a truck; and in failing to design, construct, operate and maintain a reasonably safe and secure display at Costco free from dangers.

28. Plaintiff has suffered emotional distress, pain and suffering, and incurred medical and other special damages, general damages, other losses and miscellaneous expenses in amounts to be proven at trial. Plaintiff will continue to suffer pain as a result of the injuries and will incur additional medical expenses in the future.

## JURY DEMAND

Plaintiff requests a trial by jury.

## DISCOVERY TIER

Pursuant to Rule 26.2(c)(3), Plaintiff's damages qualify for Tier 3 Discovery and the court should assign this case to Tier 3.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff requests judgment to be entered against Defendant as follows:

A. For special damages in an amount to be proven at trial;

B. For general damages in an amount to be proven at trial;

C. For an amount representative of Plaintiff's medical bills, past and future, in an amount to be proven at trial;

D. For all costs incurred and to be incurred herein;

E. For interest on the above sums from the date of judgment until paid; and

1     F.     For such further relief as the Court deems just.

3     RESPECTFULLY SUBMITTED this 17th day of November, 2021.

                           GALLAGHER & KENNEDY, P.A.

                           By: */s/Shannon L. Clark*
                               Shannon L. Clark
                               Joseph P. Brown
                               2575 East Camelback Road
                               Phoenix, Arizona 85016-9225
                               Attorneys for Plaintiff Andrea Casetta

                           TAYLOR AND GOMEZ

                           By: */s/ Benjamin Taylor*
                               Benjamin Taylor
                               2600 North 44th Street, Suite B-101
                               Phoenix, AZ 85008
                               Attorney for Plaintiff Andrea Casetta

8716928v1/40697-0001



**Service of Process Transmittal**
11/22/2021
CT Log Number 540622557

| | |
|---|---|
| **TO:** | Laura Aznavoorian, Litigation Supervisor<br>Gallagher Bassett Services, Inc.<br>1901 S. Meyers Rd, Suite 200C<br>Oakbrook Terrace, IL 60181 |
| **RE:** | **Process Served in Arizona** |
| **FOR:** | Costco Wholesale Corporation  (Domestic State: WA) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| TITLE OF ACTION: | Re: ANDREA CASETTA // To: Costco Wholesale Corporation |
| DOCUMENT(S) SERVED: | -- |
| COURT/AGENCY: | None Specified<br>Case # CV2021017786 |
| NATURE OF ACTION: | Personal Injury - Failure to Maintain Premises in a Safe Condition |
| ON WHOM PROCESS WAS SERVED: | C T Corporation System, Phoenix, AZ |
| DATE AND HOUR OF SERVICE: | By Process Server on 11/22/2021 at 10:46 |
| JURISDICTION SERVED : | Arizona |
| APPEARANCE OR ANSWER DUE: | None Specified |
| ATTORNEY(S) / SENDER(S): | None Specified |
| ACTION ITEMS: | CT has retained the current log, Retain Date: 11/22/2021, Expected Purge Date: 12/07/2021 |
| | Image SOP |
| | Email Notification,  Laura Aznavoorian  laura_aznavoorian@gbtpa.com |
| | Email Notification,  Zois Johnston  zjohnston@costco.com |
| | Email Notification,  Maureen Papier  maureen_papier@gbtpa.com |
| REGISTERED AGENT ADDRESS: | C T Corporation System<br>3800 N. Central Avenue<br>Suite 460<br>Phoenix, AZ 85012<br>866-665-5799<br>SouthTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

Page 1 of  1 / MS



# PROCESS SERVER DELIVERY DETAILS

**Date:** Mon, Nov 22, 2021

**Server Name:** Keith Blanchard

| Entity Served | COSTCO WHOLESALE CORPORATION |
|---|---|
| Case Number | CV2021-017786 |
| Jurisdiction | AZ |



Clerk of the Superior Court
\*\*\* Electronically Filed \*\*\*
D. Hill, Deputy
11/17/2021 3:52:44 PM
Filing ID 13622526

Person/Attorney Filing: Shannon L Clark
Mailing Address: 2575 E Camelback Rd, Ste 1100
City, State, Zip Code: Phoenix, AZ 85016
Phone Number: (602)530-8000
E-Mail Address: slc@gknet.com
[ ☐ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 019708, Issuing State: AZ

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

Andrea Casetta
Plaintiff(s),
v.
Costco Wholesale Corporation
Defendant(s).

Case No. CV2021-017786

**CERTIFICATE OF COMPULSORY ARBITRATION**

I certify that I am aware of the dollar limits and any other limitations set forth by the Local Rules of Practice for the Maricopa County Superior Court, and I further certify that this case IS NOT subject to compulsory arbitration, as provided by Rules 72 through 77 of the Arizona Rules of Civil Procedure.

RESPECTFULLY SUBMITTED this

By: Shannon L Clark /s/
Plaintiff/Attorney for Plaintiff